United States District Court
Southern District of Texas
**ENTERED**
July 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAN THI-HANH TRINH, | § § § | CIVIL ACTION NO 4:24-cv-01997 |
| Plaintiff. | § § § § § § § | JUDGE CHARLES ESKRIDGE |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff filed a document titled "Notice of Removal" on May 13, 2024. Dkt 1. The matter was referred to Magistrate Judge Christina A. Bryan. Dkt 4.

Pending is a Memorandum and Recommendation dated June 17, 2024, recommending that this case be remanded to the 133rd District Court of Harris County because a plaintiff in a state court case isn't permitted to remove the case to federal court.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the

Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 5.

This case is REMANDED to the 133rd District Court of Harris County, Texas, where it was pending as Cause No 2023-57318 prior to the improper removal.

SO ORDERED.

Signed on ___July 25, 2024___, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge